IN THE UNITED STATES FEDERAL COURT OF CLAIMS

HITKANSUT LLC, a Michigan
corporation and ACCELEDYNE
TECHNOLOGIES, LTD LLC, a
Michigan corporation,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant,
_____/

Case No.:　　1:12-cv-00303-CFL
Hon. Judge Charles F. Lettow

John S. Artz (P 48578)
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Road
Suite 300
Troy, Michigan 48084
(248) 433-7262 – Telephone
(248) 443-7274 – Facsimile
jsartz@dickinsonwright.com

Attorney for Plaintiff
_____/

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Rules of the Court of Federal Claims, Plaintiffs Hitkansut LLC and Acceledyne Technologies, LTD LLC hereby gives notice that they do not have a parent corporation and that no publically held corporation has any ownership interest in Hitkansut LLC and Acceledyne Technologies, LTD LLC.

By: _/s/ John S. Artz_
John S. Artz (P 48578)
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Road
Suite 300
Troy, MI 48084-3312
(248) 433-7200 - Telephone
(248) 433-7274 – Facsimile
jsartz@dickinsonwright.com

*Attorney for Plaintiff*

Dated: May 11, 2012